# Court of Appeals
# of the State of Georgia

ATLANTA, __June 18, 2014__

*The Court of Appeals hereby passes the following order:*

**A14D0381.  MONICA JONES SHAREEF v. NAJEE ANTHONY SHAREEF.**

In this pending divorce action, the trial court found Monica Jones Shareef in contempt.[1] Shareef filed a motion for reconsideration from this ruling, and the trial court denied the motion.  Shareef then filed this discretionary application seeking to challenge the denial of her motion for reconsideration.  However, the denial of a motion for reconsideration is not an appealable ruling.  See *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985); see also *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  Accordingly, this application is hereby DISMISSED. See *Savage*, supra.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __06/18/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Shareef filed an application for discretionary appeal from the contempt ruling, which has been docketed as A14D0376.